UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO JOSE SANCHEZ on behalf of himself and all other similarly situated persons, known and unknown, pursuant to 29 U.S.C. § 216(b),<br><br>Plaintiffs,<br><br>v.<br><br>PRO-FAB SHEET METAL, INC.; and MARWAN WAHID, individually,<br><br>Defendants. | Case No. 15-cv-2257<br><br>**Judge Matthew Kennelly** |

### ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and the Illinois Minimum Wage Law.

3. The lawsuit is hereby dismissed without prejudice, which will automatically convert to a dismissal with prejudice sixty-six (66) days thereafter, with each party to bear his or its own attorneys' fees and costs except as otherwise agreed.

**ORDERED** this 17th day of September, 2015.

_____
District Judge Matthew Kennelly